### Legate vs. Lagrille.

Where defendant appears, he waives the irregularity of the issuing the writ without a clerk's name to it.

*Motion to set aside writ of replevin for irregularity.*— On the ground of there not being added or affixed to the said writ, the names of the clerks of this court, or any or either one of said clerks. Defendant's facts: show that the writ was returned and filed without the names of the clerks of this court, or any one of them, being affixed thereto. Plaintiff's facts: after the execution of said writ (and before the same was filed), plaintiff's attorneys received a written notice of retainer, from defendant's attorney, for defendant in this cause; that the word " clerk " is affixed to said writ; that defendant was not arrested on said writ, nor any bail given or required. Defendant's appearance has been entered nunc pro tunc, as of the day of service of notice of retainer.

Samuel F. Reynolds, *Defts Atty.*      Ward & Lockwood, *Plffs Attys.*

*Decision.*— Motion denied with costs.